IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PRESTON JAMES HANNA,<br><br>Defendant. | CR 25-74-BLG-SPW<br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 22). Defendant Preston James Hanna has been adjudged guilty as charged in Count 1 of the indictment and has admitted to its forfeiture allegation. The evidence set forth in the Offer of Proof filed by the United States, in conjunction with Hanna's guilty plea, provides a factual basis and cause to issue a preliminary order of forfeiture, pursuant to 18 U.S.C. § 924(d) and Fed. R. Crim. P. 32.2(b).

Accordingly, IT IS ORDERED that the motion (Doc. 22) is GRANTED;

IT IS FURTHER ORDERED that Hanna's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

- Smith & Wesson, model 637 Airweight, .38 caliber revolver, S/N: CDP5002; and
- Any associated accessories and ammunition, including 5 rounds of Federal .38 caliber ammunition.

IT IS FURTHER ORDERED that the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

IT IS FURTHER ORDERED that the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property, and will also post on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6), and to make its return to this Court that such action has been completed; and

IT IS FURTHER ORDERED that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 29th day of October, 2025.

_____
SUSAN P. WATTERS
United States District Judge